1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   VASHON TYRONE JACKSON,                    1:12-cv-01163-AWI-SKO  (HC)

12              Petitioner,
                                               ORDER DENYING MOTION FOR
13        vs.                                  APPOINTMENT OF COUNSEL

14   PAM AHLIN,
                                               (DOCUMENT #9)
15              Respondent.

16   _____/

17        Petitioner has requested the appointment of counsel.  There currently exists no

18   absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze,

19   258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).

20   However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage

21   of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254

22   Cases.

23        Although Petitioner argues that his case is complex, Petitioner's petition has not yet

24   been screened, and it does not yet appear that Petitioner's case is such that the interests of

25   justice require the appointment of counsel.  Accordingly,  IT IS HEREBY ORDERED that

26   Petitioner's request for appointment of counsel is denied.

27   IT IS SO ORDERED.

28   **Dated:    September 4, 2012                       /s/ Sheila K. Oberto**

1                                                   UNITED STATES MAGISTRATE JUDGE