1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10

VASHON TYRONE JACKSON,          ) 1:12-cv—01163-AWI-SKO-HC
11                                 )
                 Petitioner,     ) ORDER RE: FINDINGS AND
12                                 ) RECOMMENDATIONS (DOC. 13)
      v.                         )
13                                 ) ORDER DISMISSING PETITIONER'S
PAM AHLIN, Executive Director ) STATE LAW CLAIMS WITHOUT LEAVE TO
14 of the Coalinga State          ) AMEND (DOC. 1)
Hospital,                      )
15                                 ) ORDER REFERRING THE PETITION BACK
                 Respondent.     ) TO THE MAGISTRATE JUDGE TO ORDER
16                                 ) A RESPONSE TO THE PETITION
                                 )
17 ─────────────────────────────── )

18        Petitioner is a person involuntarily committed to state

19 custody pursuant to California's Sexually Violent Predator's Act

20 (SVPA) who is proceeding pro se and in forma pauperis with a

21 petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

22 The matter was referred to the Magistrate Judge pursuant to 28

23 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

24        On November 15, 2012, the Magistrate Judge filed findings

25 and recommendations to dismiss Petitioner's first through fourth

26 claims without leave to amend as state law claims not cognizable

27 in a proceeding pursuant to 28 U.S.C. § 2254, and to refer the

28 matter back to the Magistrate Judge to direct the filing of a

                                 1

response to the remaining claim in the petition.  The findings and recommendations were served by mail on Petitioner on the same date.  The findings and recommendations informed Petitioner that objections were due within thirty days of service.

Although the deadline for filing objections has passed, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. The undersigned has carefully reviewed the entire file.  The Court finds that the report and recommendations are supported by the record and proper analysis.

Accordingly, it is ORDERED that:

1) The findings and recommendations filed on November 15, 2012, are ADOPTED in full; and

2) Petitioner's first through fourth claims are DISMISSED without leave to amend; and

3) The matter is REFERRED back to the Magistrate Judge to direct the filing of a response to the remaining claim in the petition.

IT IS SO ORDERED.

Dated:   January 7, 2013

UNITED STATES DISTRICT JUDGE